105 So.2d 448

**LEDBETTER–JOHNSON CO.**

v.

**John T. BLACK.**

**7 Div. 284.**

Supreme Court of Alabama.

April 10, 1958.

Rehearing Denied Sept. 25, 1958.

Scott, Dawson & Scott, Fort Payne, for appellant.

**152**

Max J. Howard and W. M. Beck, Fort Payne, for appellee.

GOODWYN, Justice.

This is an appeal by the defendant below from a judgment of the circuit court of DeKalb County rendered on a jury verdict awarding property damages to the plaintiff-appellee in the amount of $7,500. The action arises out of the same blasting incident as that involved in Ledbetter-Johnson Company v. Hawkins, Ala.Sup., 103 So.2d 748.[1] The decision in that case appears to be dispositive of the questions presented in the instant case. Accordingly, the judgment in this case is due to be affirmed on the authority of the Hawkins case, supra. So ordered.

Affirmed.

LIVINGSTON, C. J., and SIMPSON, MERRILL and COLEMAN, JJ., concur.

On Rehearing

GOODWYN, Justice.

It is insisted that this case, in some material respects, is different from the case of Ledbetter-Johnson Company v. Hawkins, Ala., 103 So.2d 748.[1] In deference to the earnestness of counsel we have again examined the record in full and still consider the decision in the Hawkins case to be of controlling influence. The identity of issues in the two cases was recognized by counsel for appellant who, in seeking a continuance in the instant case, stated as follows: "* * * [T]he issues involved in this case and case No. 48 [Hawkins case, supra], which was tried and now appealed to the Supreme Court, are the same issues and the testimony will be largely the same, and that this case should not be tried until the Supreme Court passes on that one."

Application overruled.

LIVINGSTON, C. J., and SIMPSON, MERRILL and COLEMAN, JJ., concur.